UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PINDER, | No. CIV. S-13-817 LKK/AC |
| Plaintiff, | |
| v. | **ORDER** |
| EMPLOYMENT DEVELOPMENT DEPARTMENT; RICHARD ROGERS; DAVID DERKS and DOES 1-50, inclusive, | |
| Defendants. | |

Lawrance A. Bohm and Erik M. Roper, together with their law firms, the Bohm Law Group and Law Office of Erik M. Roper, move to withdraw as counsel for plaintiff. By order filed July 21, 2014, counsel were granted until July 30, 2014 in which to file either an affidavit from plaintiff that includes his current address and demonstrates compliance with Rule 3-700(C)(5) of the California Rules of Professional Conduct or a declaration under seal that makes a showing sufficient to satisfy the requirements of Rule 3-700 of the California Rules of Professional Conduct. On July 30, 2014, counsel filed an affidavit of Frank Pinder,

1

which includes his current address.  In the affidavit, Mr. Pinder avers that he knowingly and freely assents to the termination of his counsel in this matter.  Affidavit of Frank Pinder (ECF No. 28) at 2.

Counsel were also directed to file a declaration in the public record establishing compliance with Cal. Prof. Conduct Rule 3-700(D) (regarding client files and retainer agreement funds) and the representations in counsel's affidavit concerning waiver of expenses and recovery of attorney fees, or what steps they have taken to comply.[1]  There is nothing in the record that complies with this order.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that counsel are granted five days from the date of this order in which to file the additional declaration required by the July 21, 2014 order.

DATED:  August 6, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Pursuant to the July 21, 2014 order, counsel has been granted leave to file this information under seal if counsel believes that this information would violate the client's confidences.

2