Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Erik M. Roper (SBN: 259756)
**LAW OFFICE OF ERIK M. ROPER**
2121 Natomas Crossing Drive, Suite 200-117
Sacramento, California 95834
Telephone:  916.281.8249
Facsimile:   916.527.0118

Attorneys for Plaintiff,
FRANK PINDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PINDER,<br><br>        Plaintiff,<br><br>    v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT; RICHARD ROGERS; DAVID DERKS; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No: 2:13-cv-00817-LKK-AC<br><br>**DECLARATION OF LAWRANCE A. BOHM, ESQ., ESTABLISHING COMPLIANCE WITH CALIF. PROF CONDUCT RULE 3-700(D)** |

I, Lawrance A. Bohm, declare:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California, and the United States District Court, Eastern District of California, and am attorney of record for Frank Pinder, Plaintiff in the above-entitled action.

1

**DECLARATION OF LAWRANCE A. BOHM, ESQ., ESTABLISHING COMPLIANCE WITH CALIF. PROF CONDUCT RULE 3-700(D)**

*Pinder v. Employment Development Department, et al.*                                                         Lawrance A. Bohm, Esq.
Case No.:  2:13-cv-00817-LKK-AC                                                                                             Erik M. Roper, Esq.

2. In compliance with California Professional Conduct Rule 3-700(D), I will promptly release to Plaintiff, subject to any protective agreement: all Plaintiff's client papers and property. I understand "client paper and property" includes correspondence, pleadings, deposition transcripts, exhibits, physical evidence, expert's reports, and other items reasonably necessary to the client's representation.

3. In compliance with California Professional Conduct Rule 3-700(D), I will promptly refund any part of a fee paid in advance that has not been earned.

4. I waive all expenses, attorney's fees, and costs in regard to this matter. I am not requesting recovery of expenses, attorney's fees, or costs from Plaintiff.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

This sworn affidavit was executed in Sacramento, California, on August 11, 2014.

By: _____*/s/ Lawrance A. Bohm*_____
      LAWRANCE A. BOHM, ESQ.

**DECLARATION OF LAWRANCE A. BOHM, ESQ., ESTABLISHING COMPLIANCE WITH CALIF. PROF CONDUCT RULE 3-700(D)**

*Pinder v. Employment Development Department, et al.*   Lawrance A. Bohm, Esq.
Case No.: 2:13-cv-00817-LKK-AC   Erik M. Roper, Esq.