UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PINDER,<br><br>         Plaintiff,<br><br>     v.<br><br>EMPLOYMENT DEVELOPMENT DEPARTMENT; RICHARD ROGERS; DAVID DERKS and DOES 1-50, inclusive,<br><br>         Defendants. | No. CIV. S-13-817 LKK/AC<br><br>**ORDER** |

Lawrance A. Bohm and Erik M. Roper, together with their law firms, the Bohm Law Group and Law Office of Erik M. Roper, move to withdraw as counsel for plaintiff. By order filed July 21, 2014, plaintiffs' attorneys were granted until July 30, 2014 in which to file either an affidavit from plaintiff that includes his current address and demonstrates compliance with Rule 3-700(C)(5) of the California Rules of Professional Conduct or a declaration under seal that makes a showing sufficient to satisfy the requirements of Rule 3-700 of the California Rules of Professional Conduct. On July 30, 2014, counsel filed an affidavit of Frank Pinder, which includes his current address.

1

1  In the affidavit, Mr. Pinder avers that he knowingly and freely
2  assents to the termination of his counsel in this matter.
3  Affidavit of Frank Pinder (ECF No. 28) at 2.
4      In the July 21, 2014 order, plaintiff's attorneys were also
5  directed to file a declaration in the public record establishing
6  compliance with Cal. Prof. Conduct Rule 3-700(D) (regarding
7  client files and retainer agreement funds) and the
8  representations in counsel's affidavit concerning waiver of
9  expenses and recovery of attorney fees, or what steps they have
10 taken to comply.  By order filed August 6, 2014, they were
11 granted an additional five days to comply with this part of the
12 July 21, 2014 order.  On August 11, 2014, counsel filed the
13 required declaration.  The foregoing requirements having been
14 satisfied, and good cause appearing, counsels' motion to withdraw
15 will be granted.
16     On June 13, 2014, plaintiff also filed a motion to modify
17 the scheduling order in this action.  Defendants have filed a
18 statement of non-opposition to this motion.  Good cause
19 appearing, it will be granted.
20     In accordance with the above, IT IS HEREBY ORDERED that:
21     1.  The June 13, 2014 motion of Lawrance Bohm, Esq. and Erik
22 Roper, Esq. to withdraw as counsel for plaintiff (ECF No. 22) is
23 granted;
24     2.  Plaintiff Frank Pinder shall proceed in propria persona
25 and the Clerk of the Court is directed to change the record in
26 this action accordingly and to include Mr. Pinder's address as
27 set forth on ECF No. 28 on the service list in this action;
28     3.  Plaintiff's June 13, 2014 motion to continue the trial

and modify dates set in the scheduling order (ECF No. 23) is granted;

4. In view of plaintiff's pro se status, pursuant to Local Rule 302(c)(21), this matter is referred to the assigned magistrate judge for all further pretrial proceedings, including issuance of a modified scheduling order as requested in the June 13, 2014 motion to continue trial and modify dates.

DATED: August 12, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT