IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK PINDER,**<br><br>Plaintiff,<br><br>v.<br><br>**EMPLOYMENT DEVELOPMENT DEPARTMENT; RICHARD ROGERS; DAVID DERKS; and DOES 1-50, inclusive,**<br><br>Defendants. | Case No. 2:13-cv-00817-TLN-AC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION** |

On July 27, 2015, Defendants Employment Development Department ("EDD"), Richard Rogers ("Rogers"), and David Derks ("Derks," collectively "Defendants") filed an Ex Parte Application For An Order Granting Leave To Exceed Page Limit On Defendants' Motion For Summary Judgment Or, Alternatively, Summary Adjudication.

The Court, having read THE application and supporting papers, and for good cause appearing, hereby GRANTS Defendants' Ex Parte Application For An Order Granting Leave To Exceed Page Limit On Defendants' Motion For Summary Judgment Or, Alternatively, Summary Adjudication.

1

Accordingly, IT IS HEREBY ORDERED that Defendants may file an opening brief to their dispositive motion not to exceed 25 pages, and may file a reply brief not to exceed 15 pages.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
Troy L. Nunley
United States District Judge

2

Order Granting Defendants' Ex Parte Application For An Order Granting Leave To Exceed Page Limit On Defendants' Motion For Summary Judgment Or, Alternatively, Summary Adjudication
(2:13-cv-00817-TLN-AC)