IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK PINDER,**<br><br>Plaintiff,<br><br>v.<br><br>**EMPLOYMENT DEVELOPMENT DEPARTMENT; RICHARD ROGERS; DAVID DERKS; and DOES 1-50, inclusive,**<br><br>Defendants. | Case No. 2:13-cv-00817-TLN-AC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE DEFENDANTS' DEADLINE TO FILE A REPLY AND THE HEARING DATE FOR THE MOTION FOR SUMMARY JUDGMENT** |

On August 17, 2015, Defendants Employment Development Department ("EDD"), Richard Rogers ("Rogers"), and David Derks ("Derks," collectively "Defendants") filed an Ex Parte Application to Continue Defendants' Deadline to File a Reply and the Hearing Date for the Motion for Summary Judgment.

The Court, having read motion and supporting papers, and for good cause appearing, hereby GRANTS Defendants' Ex Parte Application.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' reply brief to the motion for summary judgment shall be filed by no later than October 1, 2015; and

2. The hearing on Defendants' motion for summary judgment shall be heard in Courtroom 2 on October 8, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 24, 2015

Troy L. Nunley
United States District Judge

2

Order granting Defendants' Ex Parte Application to Continue Defendants' Deadline to File a Reply and the Hearing Date for the Motion for Summary Judgment (2:13-cv-00817-TLN-AC)